*The Plaintiff was fworn accordingly.*

———◆———

Apthorp & al *verf.* Eyres.

Apthorp *v.* Eyres.

WHEELWRIGHT, one of the Plaintiffs in this Action, having died fince the Commencement of it, a Motion was made, that a Minute fhould be made of Wheelwright's Death, becaufe, fhould fuch a Minute be omitted, it would be Error. (1)

Rec. 1766. Fol. 100.

A Depofition *in perpetuam Rei Memoriam* is admiffible to fatisfy the Court of the Death of a Party to a Suit, on a Motion to minute the fame on Record, though the Witnefs is alive and might eafily be produced. *Oliver & Ruffell, J J difs.*

*Mr. Fitch.* I have a Depofition in my Hand, taken *in perpetuam Rei Memoriam*, which I offer to the Court as Evidence of Mr. Wheelwright's Death. This is Evidence to fatisfy the Court, and not a Jury. If your Honours are fatisfyed of the Fact, whether by Attendance on his Funeral, or feeing his Corpfe, or otherwife, you will order the Minute to be made by your Clerk.

*Mr. Gridley.* When we produce Depofitions as Evidence to a Jury, we muft proceed in a certain
Manner

(1) Tidd Prac. 1056, 1107.

Manner in the Caption, according to the Province Law. All the great Courts at Home conſtantly produce Affidavits to ſuch Points. Lilly, 44. Your Honours are as well ſatisfy'd as if the Depoſition was taken according to the ſtricteſt Rules of the Province Law.

*Mr. Auchmuty.* Affidavits are received at Home when properly taken, but the Courts never receive them, when improperly taken. Will your Honours receive a Depoſition *in perpetuam*, &c., which were never received at Home, or anywhere elſe, while the Perſon was living, and might be produced to give his Teſtimony *vivâ Voce*. What if your Honours were ſatisfy'd of the Fact? — will your Honours make Minutes in your Records from your own Knowledge? Your Honours would then be Witneſſes, and not Judges.

*Juſt. Oliver.* They might have produced the Witneſs; I am therefore for not making the Minute, as there is no Evidence to the Court.

*Juſt. Ruſſell.* If they could not *eaſily* have produced the Witneſs, I ſhould have been for receiving this Evidence, but as they can *eaſily* produce him, I think they ought.

*Juſt. Cuſhing.* I think this is good Evidence to ſatisfy a Court, and better than ever I knew in a like Caſe.

*Juſt. Lynde.* I am for admitting this Evidence, for I am ſatisfy'd of the Fact.

*Ch.*

*Ch. Juſtice.* Certainly Courts are not tied up to ſuch ſtrict Rule in Admiſſion of Evidence, as when it is to go to Juries. I am very full, that the Court have ſufficient Evidence from this Depoſition to ſatisfy them of Mr. Wheelwright's Death, and am for the Minute's being made.

*Which was done accordingly.** (2)

\* Vid. L'd Raym<sup>d</sup> 174, *Faux* vs. *Barnes.*

---

(2) But see *Coffin* v. *Abbot*, 7 Maſs. 225, where it was held, that on the hearing of a petition for review, depoſitions are inadmiſſible, unleſs taken with the ſame forms as if to be uſed in the trial of a cauſe.